

**NUMBER 13-15-00465-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**SALLY VALADEZ A/K/A SALLY VALADEZ GLENN,**         **Appellant,**

**v.**

**KELSEY-SEYBOLD MEDICAL GROUP, PLLC
AND JENNIFER H. BREAZEALE, M.D.,**         **Appellees.**

---

**On appeal from the 284th District Court
of Montgomery County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam**

Appellant, Sally Valadez a/k/a Sally Valadez Glenn, perfected an appeal from a

judgment entered by the 384th District Court of Cameron County, Texas, in cause number

13-05-05499-CV.[1]  Appellant has filed an unopposed amended motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed amended motion to dismiss the appeal, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED.  Costs will be taxed against appellant.  *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
24th day of November, 2015.

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).